# SEALED

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 1872 FALCON RIDGE ST, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA (SUBJECT PREMISES 1, ATTACHMENT A-1) | Case No. 2:22-mj-00541-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF MATTHEW KONARAKE ABRAHAMIAN, DATE OF BIRTH OF FEBRUARY 20, 1976 (SUBJECT PERSON 1, ATTACHMENT A-2) | Case No. 2:22-mj-00542-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK CHEVROLET TAHOE BEARING NEVADA LICENSE PLATE # 331S78 AND/OR VIN # 1GNSCBE05BR127143 (SUBJECT VEHICLE 1, ATTACHMENT A-3) | Case No. 2:22-mj-00543-DJA<br><br>**Government's Motion to Unseal Case** |

1

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A GRAY NISSAN SEDAN BEARING CALIFORNIA LICENSE PLATE # 7ERM995 AND/OR VIN # 1N4AL3APXEC197408 (SUBJECT VEHICLE 2, ATTACHMENT A-4) | Case No. 2:22-mj-00544-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A ONEPLUS NORD N200 5G, IMEI 990017699153066 AND/OR CELLULAR DEVICE(S) ASSOCIATED WITH IMSI 310260137722239 AND/OR PHONE NUMBER 818-640-3303 (SUBJECT CELLULAR TELEPHONE, ATTACHMENT A-5) | Case No. 2:22-mj-00545-DJA<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:22-mj-00549-BNW.

DATED: July 12, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese

ALLISON REESE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 1872 FALCON RIDGE ST, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA (SUBJECT PREMISES 1, ATTACHMENT A-1) | Case No. 2:22-mj-00541-DJA<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF MATTHEW KONARAKE ABRAHAMIAN, DATE OF BIRTH OF FEBRUARY 20, 1976 (SUBJECT PERSON 1, ATTACHMENT A-2) | Case No. 2:22-mj-00542-DJA<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK CHEVROLET TAHOE BEARING NEVADA LICENSE PLATE # 331S78 AND/OR VIN # 1GNSCBE05BR127143 (SUBJECT VEHICLE 1, ATTACHMENT A-3) | Case No. 2:22-mj-00543-DJA<br><br>**Order to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A GRAY NISSAN SEDAN BEARING CALIFORNIA LICENSE PLATE # 7ERM995 AND/OR VIN # 1N4AL3APXEC197408 (SUBJECT VEHICLE 2, ATTACHMENT A-4) | Case No. 2:22-mj-00544-DJA<br><br>**Order to Unseal Case** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A ONEPLUS NORD N200 5G, IMEI 9900176699153066 AND/OR CELLULAR DEVICE(S) ASSOCIATED WITH IMSI 310260137722239 AND/OR PHONE NUMBER 818-640-3303 (SUBJECT CELLULAR TELEPHONE, ATTACHMENT A-5) | Case No. 2:22-mj-00545-DJA<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this ____ day of July, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE